Donte HARPER, Petitioner

v.

WORKERS' COMPENSATION
APPEAL BOARD (UPS),
Respondent

No. 360 EAL 2017

Supreme Court of Pennsylvania.

December 20, 2017

### ORDER

PER CURIAM

AND NOW, this 20th day of December, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania,
Respondent

v.

Oscar MARTINEZ, Petitioner

No. 258 EAL 2017

Supreme Court of Pennsylvania.

December 20, 2017

### ORDER

PER CURIAM

AND NOW, this 20th day of December, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania,
Respondent

v.

Robert CARTER, Petitioner

No. 305 EAL 2017

Supreme Court of Pennsylvania.

December 20, 2017

### ORDER

PER CURIAM

AND NOW, this 20th day of December, 2017, the Petition for Allowance of Appeal is **DENIED.**

Kevin A. ROHE, Respondent

v.

Darris D. VINSON and Fenton
Welding Transport, LLC,
Petitioners

No. 185 MAL 2017

Supreme Court of Pennsylvania.

December 20, 2017

### ORDER

PER CURIAM

AND NOW, this 20th day of December, 2017, the Petition for Allowance of Appeal is **DENIED.**